# United States District Court for the Eastern District of Missouri

## PRO BONO NEUTRAL'S REQUEST FOR REIMBURSEMENT OF SERVICES

| | |
|---|---|
| Assigned Judge: Henry E. Autrey | Case Number: 4:07-CV-01066-HEA |
| Case Title: Mary A. Ewing v. Fresh Ideas Food Services | |
| Date Appointed: 8/18/08 | Date Referral Concluded: 9/19/08 |
| Neutral fee has been waived/reduced as to: ☒ plaintiff ☐ defendant ☐ third-party defendant *(circle one)* | |
| Name of party: Mary A. Ewing | |

| | |
|---|---|
| Neutral's Name: Jerome A. Diekemper | Make check payable to: ☒ Neutral ☐ Firm |
| Firm or Business Name: Jerome A. Diekemper, LLC | |
| Street Address: 7730 Carondelet Avenue | Suite Number: 200 |
| City: St. Louis   State: MO   Zip: 6315 | Phone 314-727-1015 |

### CLAIM FOR SERVICES

*Please note: Claim only the pro rata share of hours for which the Court has waived or reduced a party's responsibility for your fee. Please attach your complete billing statement to this request. If applicable, subtract from total the reduced portion of your fee that has or will be paid by the party.*

Rate Per Hour ($ 125 ) x ( 6.8 ) Hours Claimed = Total (less reduced fee if applicable): $ 850.00

***COMPENSATION IS LIMITED TO A TOTAL OF $750.00 PER REFERRAL.***

Amount Claimed   $ 750.00

I certify that the services performed, a copy of my billing statement is attached hereto, were reasonable and necessary. Also, I have not or will not charge or accept in connection with this case a fee or thing of value from any source other than a party or the Court.

_____   9-27-08
Neutral's Signature                Date

### APPROVED FOR PAYMENT - COURT USE ONLY

IT IS HEREBY ORDERED that payment from the Fund be made in the amount of $ 750.00

Signature of the Presiding Judicial Officer: _____ Date: 10-3-08